FILED

April 22, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
               Plaintiff, )
v. )
)
KENNY B. LU, )
)
               Defendant. )

CASE NUMBER: 2:10-mj-00109-GGH

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release <u>Kenny B. Lu</u>; Case <u>2:10-mj-00109-GGH</u> from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

                _     Release on Personal Recognizance

                _     Bail Posted in the Sum of _____

                <u>X</u>    Unsecured bond in the amount of <u>$50,000.00 to be co-signed by Bao</u>

                     <u>Lu and Kerry Chau.</u>

                _     Appearance Bond with 10% Deposit

                _     Appearance Bond secured by Real Property

                _     Corporate Surety Bail Bond

                <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>4/22/10</u>  at  <u>2'50 pm</u>.

                     By  _____

                             Kendall J. Newman
                             United States Magistrate Judge