```
DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JULIA SAECHAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JULIA SAECHAO,<br><br>        Defendant. | No. Cr.S 10-168-JAM<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITIONS<br><br>Judge: Hon. Kimberly J. Mueller |

    JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, and Taifa Gaskins, United States Pretrial Service Officer, hereby agree to modify the defendant's conditions of release as follows:

    Special condition number four, "travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer," shall be amended. Travel will now be restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer.

1   The primary reason for this modification is that the defendant has
2   family that lives in the Oakland, CA area and the original condition
3   prevented the defendant from visiting her family.
4   Accordingly, all parties and Ms. Saechao agree that Ms. Saechao
5   will also be able to travel to the Northern District of California
6   without the prior consent from pretrial services.

DATED: June 10, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      DENNIS S. WAKS, Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      JULIA SAECHAO

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: June 10, 2010
_____  /S/ Dennis S. Waks for
                                      _____
                                      TODD D. LERAS
                                      Assistant United States Attorney

**SO ORDERED.**

Dated: June 11, 2010.

                                      _____
                                      U.S. MAGISTRATE JUDGE