DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S. 10-0168-JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO EXTEND TIME FOR STATUS |
| v. | ) CONFERENCE AND EXCLUDE TIME |
| | ) |
| TAC CHE, et al., | ) DATE: August 17, 2010 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: John A. Mendez |

_____

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney RONALD PETERS, CUONG HOANG, by and through his attorney SCOTT CAMERON, LIEN TROUNG by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel DAVID FISCHER, VINH HOANG, by and through his counsel GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for June 22, 2010, be rescheduled for a status conference on Tuesday, August 17, 2010, at 9:30 a.m.

1

1    This continuance is being requested because defense counsel

2  needs additional time to receive and review discovery, and pursue

3  investigation.

4    Speedy trial time is to be excluded from the date of this

5  order through the date of the status conference set for August

6  17, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

7  time to prepare] (Local Code T4).

8  DATED: June 16, 2010

9

                                    Respectfully Submitted,

10                                  DANIEL J. BRODERICK
                                    Federal Defender
11

12
                                    /s/ Dennis S. Waks
13                                  Supervising Assistant
                                    Federal Defender
14                                  Attorney for Defendant
                                    JULIA SAECHAO
15
                                    /s/ Dennis S. Waks for
16
                                    DONALD MASUDA
17                                  Attorney for TAC CHE

18

19                                  /s/ Dennis S. Waks for

20                                  KENNY GIFFARD
                                    Attorney for TAC CHE
21

22
                                    /s/ Dennis S. Waks for
23
                                    RONALD PETERS
24                                  Attorney for BOB AN

25
                                    /s/ Dennis S. Waks for
26
                                    SCOTT CAMERON
27                                  Attorney for CUONG HOANG

28

                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Dennis S. Waks for
_____
DINA SANTOS
Attorney for LIEN TRUONG


/s/ Dennis S. Waks for
_____
DAVID FISCHER
Attorney for KENNY LU


/s/ Dennis S. Waks for
_____
GILBERT ROQUE
Attorney for VINH HOANG

DATED:  June 16, 2010        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/  Dennis S. Waks for
                             _____
                             TODD LERAS
                             Assistant U.S. Attorney

**SO ORDERED.**

Dated: June 16, 2010


                             /s/ John A. Mendez
                             _____
                             JOHN A. MENDEZ
                             United States District Court Judge