DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 447-8601
E-Mail: davefischer@yahoo.com

Attorney for Defendant
KENNY B. LU

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNY B. LU,<br><br>　　　　　　　　Defendant. | 2:10-cr-00168 JAM<br><br>**STIPULATION AND ORDER MODIFING CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge:  Hon. Kendall J. Newman |

　　　　KENNY B. LU, by and through his counsel, DAVID D. FISCHER, the United States Government, by and through its counsel, TODD D. LERAS, Assistant United States Attorney, and TAIFA GASKINS, United States Pretrial Services Officer, hereby agree to modify the defendant's condtions of release as follows:

　　　　Special condition number four, "travel is restricted to the Eastern District of California without the prior consent of pretrial services officer, shall be amended.  Travel will now be restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer.

1  The primary reason for this modification is that the defendant's girlfriend, co-
2  defendant JULIA SAECHAO, has family that lives in the Oakland, California area and
3  the original condition prevented the defendants from visiting his girlfriend's family.
4  Accordingly, all partis and Mr. Lu agree that Mr. Lu will also be able to travel to
5  the Northern District of California without the prior consent from pretrial services.

6  Dated: July 13, 2010

8  Respectfully Submitted,

10  /s/David D. Fischer

  _____
  DAVID D. FISCHER
  Attorney for Defendant
  KENNY B. LU

16  BENJAMIN B. WAGNER
  United States Attorney

18  DATE: July 13, 2010

19  /s/  David D. Fischer for

  _____
  TODD D. LERAS
  Assistant United States Attorney

24  Date: July 13, 2010          /s/ David D. Fischer for

  _____
  TAIFA GASKINS
  United States Pretrial Services Officer

**SO ORDERED.**

Dated:  July 14, 2010

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge