1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO

         IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    )  CR.S. 10-0168-JAM
                                )
             Plaintiff,         )  STIPULATION AND ORDER
                                )  TO EXTEND TIME FOR STATUS
        v.                      )  CONFERENCE AND EXCLUDE TIME
                                )
   TAC CHE, et al.,             )  DATE: October 12, 2010
                                )  Time: 9:30 a.m.
             Defendants.        )  Judge: John A. Mendez
   _____

        Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney RONALD PETERS, CUONG HOANG, by and through his attorney SCOTT CAMERON, LIEN TROUNG by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel DAVID FISCHER, VINH HOANG, by and through his counsel GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for August 17, 2010, be rescheduled for a status conference on Tuesday, October 12, 2010, at 9:30 a.m.

1

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Speedy trial time is to be excluded from the date of this
5 order through the date of the status conference set for October
6 12, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
7 time to prepare] (Local Code T4).
8 DATED: August 13, 2010

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
JULIA SAECHAO

/s/ Dennis S. Waks for

DONALD MASUDA
Attorney for TAC CHE

/s/ Dennis S. Waks for

KENNY GIFFARD
Attorney for TAC CHE

/s/ Dennis S. Waks for

RONALD PETERS
Attorney for BOB AN

/s/ Dennis S. Waks for

SCOTT CAMERON
Attorney for CUONG HOANG

2

```
                                /s/ Dennis S. Waks for
                                _____
                                DINA SANTOS
                                Attorney for LIEN TRUONG



                                /s/ Dennis S. Waks for
                                _____
                                DAVID FISCHER
                                Attorney for KENNY LU



                                /s/ Dennis S. Waks for
                                _____
                                GILBERT ROQUE
                                Attorney for VINH HOANG


DATED:  August 13, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/  Dennis S. Waks for
                                _____
                                TODD LERAS
                                Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: August 13, 2010

```
                                /s/ John A. Mendez
                                _____
                                JOHN A. MENDEZ
                                United States District Court Judge
```