DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>TAC CHE, et al.,              )<br>                              )<br>           Defendants.        )<br>_____) | CR.S. 10-0168-JAM<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: December 14, 2010<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney RONALD PETERS, CUONG HOANG, by and through his attorney SCOTT CAMERON, LIEN TROUNG by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel DAVID FISCHER, VINH HOANG, by and through his counsel GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for October 12, 2010, be rescheduled for a status conference on Tuesday, December 14, 2010, at 9:30 a.m.

1

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Speedy trial time is to be excluded from the date of this
5 order through the date of the status conference set for December
6 14, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
7 time to prepare] (Local Code T4).
8 DATED: October 6, 2010

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
JULIA SAECHAO

/s/ Dennis S. Waks for

DONALD MASUDA
Attorney for TAC CHE

/s/ Dennis S. Waks for

KENNY GIFFARD
Attorney for TAC CHE

/s/ Dennis S. Waks for

RONALD PETERS
Attorney for BOB AN

/s/ Dennis S. Waks for

SCOTT CAMERON
Attorney for CUONG HOANG

28 / / /

```
                                /s/ Dennis S. Waks for
                                _____
                                DINA SANTOS
                                Attorney for LIEN TRUONG


                                /s/ Dennis S. Waks for
                                _____
                                DAVID FISCHER
                                Attorney for KENNY LU


                                /s/ Dennis S. Waks for
                                _____
                                GILBERT ROQUE
                                Attorney for VINH HOANG


DATED:  October 6, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/  Dennis S. Waks for
                                _____
                                TODD LERAS
                                Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: October 7, 2010

```
                         /s/ John A. Mendez
                         _____
                         JOHN A. MENDEZ
                         United States District Court Judge
```