1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
JULIA SAECHAO

6 |

7 |

8 |                     IN THE UNITED STATES DISTRICT COURT

9 |                FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,      )  CR.S. 10-0168-JAM
                                    )
12 |                   Plaintiff,   )  STIPULATION AND ORDER
                                    )  TO EXTEND TIME FOR STATUS
13 |         v.                     )  CONFERENCE AND EXCLUDE TIME
                                    )
14 | TAC CHE, et al.,               )  DATE:  February 8, 2011
                                    )  Time:  9:30 a.m.
15 |                   Defendants.  )  Judge: John A. Mendez
      _____

16 |

17 |       Defendant JULIA SAECHAO, by and through her counsel, DENNIS

18 | S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and

19 | through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by

20 | and through his attorney, RONALD PETERS, CUONG HOANG, by and

21 | through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through

22 | his counsel, DINA SANTOS, KENNY LU, by and through his counsel,

23 | DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT

24 | ROQUE and the United States Government, by and through its

25 | counsel, TODD LERAS, Assistant United States Attorney, hereby

26 | stipulate that the status conference set for December 14, 2010,

27 | be rescheduled for a status conference on Tuesday, February 8,

28 | 2011, at 9:30 a.m.

1    This continuance is being requested because defense counsel

2  needs additional time to review discovery, talk to witnesses and

3  pursue investigation.

4    Speedy trial time is to be excluded from the date of this

5  order through the date of the status conference set for February

6  8, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

7  time to prepare] (Local Code T4).

8  DATED: December 8, 2010

9
                                        Respectfully Submitted,
10
                                        DANIEL J. BRODERICK
11                                      Federal Defender

12
                                        /s/ Dennis S. Waks
13                                      Supervising Assistant
                                        Federal Defender
14                                      Attorney for Defendant
                                        JULIA SAECHAO
15
                                        /s/ Dennis S. Waks for
16
                                        DONALD MASUDA
17                                      Attorney for TAC CHE

18

19                                      /s/ Dennis S. Waks for

20                                      KENNY GIFFARD
                                        Attorney for TAC CHE
21

22                                      /s/ Dennis S. Waks for
23
                                        RONALD PETERS
24                                      Attorney for BOB AN

25                                      /s/ Dennis S. Waks for
26
                                        SCOTT CAMERON
27                                      Attorney for CUONG HOANG

28  / / /

/s/ Dennis S. Waks for

DINA SANTOS
Attorney for LIEN TRUONG


/s/ Dennis S. Waks for

DAVID FISCHER
Attorney for KENNY LU


/s/ Dennis S. Waks for

GILBERT ROQUE
Attorney for VINH HOANG

DATED:   December 8, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

/s/  Dennis S. Waks for

TODD LERAS
Assistant U.S. Attorney

**SO ORDERED.**

Dated: December 8, 2010


/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge