```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JULIA SAECHAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: April 12, 2011 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for February 11, 2011, be rescheduled for a status conference on Tuesday, April 12, 2011, at 9:30 a.m.

1

1    This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4    Speedy trial time is to be excluded from the date of this
5 order through the date of the status conference set for April 12,
6 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
7 time to prepare] (Local Code T4).

DATED: February 9, 2011            Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Dennis S. Waks
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   JULIA SAECHAO


                                   /s/ Dennis S. Waks for
                                   DONALD MASUDA
                                   Attorney for TAC CHE


                                   /s/ Dennis S. Waks for
                                   KENNY GIFFARD
                                   Attorney for TAC CHE


                                   /s/ Dennis S. Waks for
                                   RONALD PETERS
                                   Attorney for BOB AN


                                   /s/ Dennis S. Waks for
                                   SCOTT CAMERON
                                   Attorney for CUONG HOANG


                                   /s/ Dennis S. Waks for
                                   DINA SANTOS
                                   Attorney for LIEN TRUONG


                                   /s/ Dennis S. Waks for
                                   DAVID FISCHER
                                   Attorney for KENNY LU

|   |   |   |
|---|---|---|
| 1 |  | /s/ Dennis S. Waks for |
| 2 |  | GILBERT ROQUE<br>Attorney for VINH HOANG |

DATED:   February 9, 2011           BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/   Dennis S. Waks for
                                    TODD LERAS
                                    Assistant U.S. Attorney

**SO ORDERED.**

Dated: 2/10/2011


                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court