```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JULIA SAECHAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: July 26, 2011 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for June 7, 2011, be rescheduled for a status conference on Tuesday, July 26, 2011, at 9:30 a.m.

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Furthermore, the party's have been diligently attempting to
5 reach a negotiated disposition in this case and we believe that
6 the additional time will aid us in that attempt.
7  Speedy trial time is to be excluded from the date of this
8 order through the date of the status conference set for July 26,
9 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
10 time to prepare] (Local Code T4).

DATED: June 2, 2011					Respectfully Submitted,

							DANIEL J. BRODERICK
							Federal Defender


							/s/ Dennis S. Waks
							Supervising Assistant
							Federal Defender
							Attorney for Defendant
							JULIA SAECHAO


							/s/ Dennis S. Waks for
							DONALD MASUDA
							Attorney for TAC CHE


							/s/ Dennis S. Waks for
							KENNY GIFFARD
							Attorney for TAC CHE


							/s/ Dennis S. Waks for
							RONALD PETERS
							Attorney for BOB AN


							/s/ Dennis S. Waks for
							SCOTT CAMERON
							Attorney for CUONG HOANG

							/s/ Dennis S. Waks for
							DINA SANTOS
							Attorney for LIEN TRUONG

```
                                    /s/ Dennis S. Waks for
                                    DAVID FISCHER
                                    Attorney for KENNY LU

                                    /s/ Dennis S. Waks for
                                    GILBERT ROQUE
                                    Attorney for VINH HOANG


DATED:  June 2, 2011               BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 6/3/2011

```
                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court
```