DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>    v.  <br>TAC CHE, et al.,  <br>    Defendants. | CR.S. 10-0168-JAM  <br>STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME  <br>DATE: November 15, 2011  <br>Time: 9:30 a.m.  <br>Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for September 20, 2011, be rescheduled for a status conference on Tuesday, November 15, 2011, at 9:30 a.m.

1  This continuance is being requested because defense counsel
2 needs additional time to review discovery, talk to witnesses and
3 pursue investigation.
4  Furthermore, the party's have been diligently attempting to
5 reach a negotiated disposition in this case and we believe that
6 the additional time will aid us in that attempt.
7  Speedy trial time is to be excluded from the date of this
8 order through the date of the status conference set for November
9 15, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
10 time to prepare] (Local Code T4).
11  The Court finds that the ends of justice to be served by
12 granting a continuance outweigh the best interest of the public
13 and the defendants in a speedy trial.

DATED: September 14, 2011          Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Dennis S. Waks
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   JULIA SAECHAO


                                   /s/ Dennis S. Waks for
                                   DONALD MASUDA
                                   Attorney for TAC CHE


                                   /s/ Dennis S. Waks for
                                   KENNY GIFFARD
                                   Attorney for TAC CHE


                                   /s/ Dennis S. Waks for
                                   RONALD PETERS
                                   Attorney for BOB AN

```
                                    /s/ Dennis S. Waks for
                                    SCOTT CAMERON
                                    Attorney for CUONG HOANG

                                    /s/ Dennis S. Waks for
                                    DINA SANTOS
                                    Attorney for LIEN TRUONG


                                    /s/ Dennis S. Waks for
                                    DAVID FISCHER
                                    Attorney for KENNY LU

                                    /s/ Dennis S. Waks for
                                    GILBERT ROQUE
                                    Attorney for VINH HOANG


DATED:  September 14, 2011          BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: September 14, 2011

```
                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court
```