```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: February 28, 2012 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: John A. Mendez |

Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for January 17, 2012, be rescheduled for a status conference on Tuesday, February 28, 2012, at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to review discovery, talk to witnesses and pursue investigation.

Furthermore, the party's have been diligently attempting to reach a negotiated disposition in this case and we believe that the additional time will aid us in that attempt.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 28, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: January 10, 2012           Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  JULIA SAECHAO


                                  /s/ Dennis S. Waks for
                                  DONALD MASUDA
                                  Attorney for TAC CHE


                                  /s/ Dennis S. Waks for
                                  KENNY GIFFARD
                                  Attorney for TAC CHE


                                  /s/ Dennis S. Waks for
                                  RONALD PETERS
                                  Attorney for BOB AN

```
                                    /s/ Dennis S. Waks for
                                    SCOTT CAMERON
                                    Attorney for CUONG HOANG

                                    /s/ Dennis S. Waks for
                                    DINA SANTOS
                                    Attorney for LIEN TRUONG


                                    /s/ Dennis S. Waks for
                                    DAVID FISCHER
                                    Attorney for KENNY LU

                                    /s/ Dennis S. Waks for
                                    GILBERT ROQUE
                                    Attorney for VINH HOANG


DATED:  January 10, 2012           BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Dennis S. Waks for
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 1/11/2012

```
                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court
```