DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIA SAECHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-0168-JAM |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| TAC CHE, et al., | DATE: June 12, 2012 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: John A. Mendez |

    Defendant JULIA SAECHAO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, TAC CHE by and through his counsel, DONALD MASUDA and KENNY GIFFARD, BOB AN, by and through his attorney, RONALD PETERS, CUONG HOANG, by and through his attorney, SCOTT CAMERON, LIEN TROUNG, by and through his counsel, DINA SANTOS, KENNY LU, by and through his counsel, DAVID FISCHER, VINH HOANG, by and through his counsel, GILBERT ROQUE and the United States Government, by and through its counsel, TODD LERAS, Assistant United States Attorney, hereby stipulate that the status conference set for April 17, 2012, be rescheduled for a status conference on Tuesday, June 12, 2012, at

1  9:30 a.m.
2      This continuance is being requested because defense counsel
3  needs additional time to review discovery, talk to witnesses and
4  pursue investigation.
5      Furthermore, the party's have been diligently attempting to
6  reach a negotiated disposition in this case and we believe that
7  the additional time will aid us in that attempt.
8      Speedy trial time is to be excluded from the date of this
9  order through the date of the status conference set for June 12,
10 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
11 time to prepare] (Local Code T4).
12     The Court finds that the ends of justice to be served by
13 granting a continuance outweigh the best interest of the public
14 and the defendants in a speedy trial.

DATED: April 9, 2012                Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    JULIA SAECHAO


                                    /s/ Dennis S. Waks for
                                    DONALD MASUDA
                                    Attorney for TAC CHE


                                    /s/ Dennis S. Waks for
                                    KENNY GIFFARD
                                    Attorney for TAC CHE


                                    /s/ Dennis S. Waks for
                                    RONALD PETERS
                                    Attorney for BOB AN

```
                                /s/ Dennis S. Waks for
                                SCOTT CAMERON
                                Attorney for CUONG HOANG

                                /s/ Dennis S. Waks for
                                DINA SANTOS
                                Attorney for LIEN TRUONG


                                /s/ Dennis S. Waks for
                                DAVID FISCHER
                                Attorney for KENNY LU

                                /s/ Dennis S. Waks for
                                GILBERT ROQUE
                                Attorney for VINH HOANG


DATED:  April 9, 2012           BENJAMIN B. WAGNER
                                United States Attorney


                                /s/  Dennis S. Waks for
                                TODD LERAS
                                Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: April 9, 2012

```
                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court
```

3