BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   CR-S-10-0168 JAM |
| Plaintiff, | |
| v. | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| KENNY LU, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the "Request to Seal Documents," and the documents described therein shall be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by

/ / /
/ / /
/ / /
/ / /

1

this Court, with the exception that counsel for the above-named defendant has been provided with copies of all documents in anticipation of the sentencing hearing.

Date: March 11, 2013

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE